No. 2,015.—IN RE COLBERT'S ESTATE. JOHN WOOL-BEATER, APPELLANT, *v.* STATE OF MONTANA, RESPONDENT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided December 24, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained, and the appeal is accordingly dismissed.

*Mr. James Donovan, Attorney General,* for the State.

---

No. 2,002.—HUMPHREYS, RESPONDENT, *v.* STAFFORD, APPELLANT.

*Appeal from District Court, Fergus County; E. K. Cheadle, Judge.*

On motion to dismiss appeal.

Decided January 5, 1904.

PER CURIAM.—The motion to dismiss the appeal herein is hereby sustained and the appeal is dismissed without prejudice, however, to another appeal; and it is further ordered that the motion for leave to amend the briefs herein be and the same is hereby denied.

*Mr. Rudolph Von Tobel,* for Appellant.

*Mr. Frank E. Smith,* and *Mr. H. L. DeKalb,* for Respondent.